UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN M. BEVALAQUE                                                                                  PETITIONER

V.                                                         CIVIL ACTION NO. 3:23-CV-273-KHJ-RPM

SUPERINTENDENT MARC MCCLURE, et al.                              RESPONDENTS

FINAL JUDGMENT

Consistent with its Order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment dismissing with prejudice Petitioner John M. Bevalaque's [1] Petition for Writ of Habeas Corpus. This case is closed.

SO ORDERED AND ADJUDGED, this 3rd day of March, 2025.

                                                                 s/ *Kristi H. Johnson*
                                                                 UNITED STATES DISTRICT JUDGE